RECEIVED
JUL 23 2019
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

Southern DIVISION

Delorise & James Hansley

v.

Department of Navy
Office of The Judge Advocate General

NO. 7:19-CV-133-FL

COMPLAINT

Plaintiff resides at:

522 So. Kerr Ave #79 - Wilmington, NC 28403

Defendant(s)' name(s) and address(es), if known:

Department of The ~~Navey~~ Navy
Office of The Judge Advocate General
1322 Patterson Ave. SE Suite 3000
Washington Navy Yard DC 20374-5066

1

Jurisdiction in this court is based on:

Location - Southern Divison

The acts complained of in this suit concern:

The Denial by the depatment of The Navy for personal damages pertaining to water contamination in Jacksonville North Carolina, Nov 29 1983 at the age of 25yrs old I experience a miss carriage. It took some time to understand the lost, as years went on thinking I would have another child @ the age of 37yrs I experience hysterectomy, no chance of having another child. This alone has cause me severe depression, it has componded later finding out I live exactly on top of contamination water @ Tawanna Terrace.

Still Today I am under Dr. care thinking wondering a dem further. I Thank God I am still Alive. I am Appaulded The Department of the Navy think so little of dependents of veterens, because I live the mental abuse of a Marine, because of the pressure they have been train under & the standards they Expected.

_____
_____
_____
_____
_____
_____
_____
_____

(If you need more space, or wish to include any further information for consideration, please attach additional sheets.)

I seek the following relief:

_I am seeking $3. millons the same that I ast for in 2004_
_____
_____
_____
_____

7-19-19
DATE

Heluise Hondey
SIGNATURE OF PLAINTIFF

522 So Kerr Ave #19
Wilmington, NC 28403
910-707-9883-c - 910-395-5619
ADDRESS AND PHONE NUMBER OF PLAINTIFF

3