UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| DELORISE HANSLEY and JAMES HANSLEY </br> Plaintiffs, </br></br> v. </br></br></br> DEPARTMENT OF NAVY, OFFICE OF THE JUDGE ADVOCATE GENERAL </br> Defendant. | **JUDGMENT** </br></br> No. 7:19-CV-133-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 21, 2021, and for the reasons set forth more specifically therein, the court GRANTS defendant's motion to dismiss. Plaintiffs' complaint is DISMISSED WITHOUT PREJUDICE.

**This Judgment Filed and Entered on June 21, 2021, and Copies To:**
Delorise Hansley and James Hansley  (via US mail) 522 So Kerr Ave #79, Wilmington, NC 28403
John A. Bain  (via CM/ECF Notice of Electronic Filing)


June 21, 2021 			PETER A. MOORE, JR., CLERK

				  /s/ Sandra K. Collins
				(By) Sandra K. Collins, Deputy Clerk